|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**WILLIAM H. OLIVER, JR., ESQ.**<br>Attorney at Law<br>Brandywine Commons<br>2240 State Highway 33, Suite 112<br>Neptune, NJ 07753<br>(732) 988-1500 | Order Filed on July 23, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ERIC LOUIS TORRES<br>MELISSA TORRES | Case No.: 18-23011<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: Christine M. Gravelle |

## ORDER TO CONTINUE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 23, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:    ERIC & MELISSA TORRES
Case No.: 18-23011(CMG)
Caption of Order: ORDER TO CONTINUE AUTOMATIC STAY
Page 2

Upon the Debtors' motion to continue the automatic stay in case filed after prior dismissal within a year of filing, and for good cause shown and no objections raised,

**IT IS** hereby **ORDERED** as follows:

1. The automatic stay under §362(a) is hereby continued as to all creditors served with the Notice of Motion until further Order of the Court.
2. A copy of this Order shall be served on all interested parties within __5__ days of the entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-23011-CMG
Eric Louis Torres                                                       Chapter 13
Melissa Torres
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 24, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2018.
db/jdb         +Eric Louis Torres,   Melissa Torres,   36 Orange Drive,   Marlboro, NJ 07746-1841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Anthony Masson Cassese    on behalf of Creditor   Orchards at Marlboro Condominium Association,
               Inc. attorneys@lawgapc.com, acassese@lawgapc.com
              Kevin Gordon McDonald    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New
               York, as successor to JPMorgan Chase Bank N.A. as Indenture Trustee, on behalf of the holders of
               the Terwin Mortgage Trust 2006-HF1, Asset-backed Secu kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
               Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R10
               bkyefile@rasflaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Joint Debtor Melissa  Torres bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Debtor Eric Louis Torres bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                               TOTAL: 7