UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WILLIAM H. OLIVER, JR.
Attorney for Debtor[s]
2240 Highway 33-Suite 112
Neptune, NJ  07753
732-988-1500
WO-7129

In Re:

Eric and Melissa Torres

Case No.: _____18-23011_____

Judge: _____CMG_____

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
❏ **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**
☑ **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1. ❏ Motion for Relief from the Automatic Stay filed

    by_____, creditor,

A hearing has been scheduled for _____, at _____m.

OR

❏ Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for _____, at __9:00__ a m.

❏ Certification of Default filed by _____, creditor,

I am requesting a hearing be scheduled on this matter.

OR

☑ Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons **(choose one)**:

❏ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto.

❏ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☑ Other **(explain your answer)**:
We will make a payment to the chapter 13 Trustee prior to the scheduled hearing date.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 03/29/2019          /s/ Eric Torres
                          Debtor's Signature

Date: 03/29/2019          /s/ Melissa Torres
                          Debtor's Signature

**NOTE:**

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss*.

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within 14 days of the filing of a *Creditor's Certification of Default (*under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions) or a Trustee's Certification of Default*.

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**

*rev.12/1/09*