Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                      Case No.:  18−23011−CMG
                      Chapter:  13
                      Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Eric Louis Torres | Melissa Torres |
| aka Melissa Michalski | aka Melissa Michalski |
| 36 Orange Drive | 36 Orange Drive |
| Marlboro, NJ 07746 | Marlboro, NJ 07746 |

Social Security No.:
  xxx−xx−4518                                     xxx−xx−5693

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/17/19 at 09:00 AM

to consider and act upon the following:

*51* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 4/9/2019. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 3/29/19

                                                            Jeanne Naughton
                                                           Clerk, U.S. Bankruptcy Court