Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−23011−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Eric Louis Torres
aka Melissa Michalski
36 Orange Drive
Marlboro, NJ 07746

Melissa Torres
aka Melissa Michalski
36 Orange Drive
Marlboro, NJ 07746

Social Security No.:
xxx−xx−4518

xxx−xx−5693

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/17/19 at 09:00 AM

to consider and act upon the following:

*51* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 4/9/2019. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 3/29/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 18-23011-CMG
Eric Louis Torres                                               Chapter 13
Melissa Torres
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 1               Date Rcvd: Mar 29, 2019
                              Form ID: ntchrgbk          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2019.
db/jdb         +Eric Louis Torres,    Melissa Torres,    36 Orange Drive,    Marlboro, NJ 07746-1841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor   Deutsche Bank National Trust Company, as
               Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series
               2005-R10 ajennings@rasflaw.com
              Harold N. Kaplan    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
               Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R10
               hkaplan@rasnj.com,    informationathnk@aol.com
              Kevin Gordon McDonald    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New
               York, as successor to JPMorgan Chase Bank N.A. as Indenture Trustee, on behalf of the holders of
               the Terwin Mortgage Trust 2006-HF1, Asset-backed Secu kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
               Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R10
               bkyefile@rasflaw.com
              Melissa N. Licker    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New
               York, as successor to JPMorgan Chase Bank N.A. as Indenture Trustee, on behalf of the holders of
               the Terwin Mortgage Trust 2006-HF1, Asset-backed Secu NJ_ECF_Notices@McCalla.com
              Melissa N. Licker    on behalf of Creditor   The Bank of New York, as Indenture Trustee, on behalf
               of the holders of the Terwin Mortgage Trust 2006-HF-l, Asset-backed Securities, Series 2006-HF-l
               NJ_ECF_Notices@McCalla.com
              Sindi  Mncina    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
               Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R10
               smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Vanessa  Pena    on behalf of Creditor   Orchards at Marlboro Condominium Association, Inc.
               vpena@lawgapc.com,    attorneys@lawgapc.com
              William H. Oliver, Jr.    on behalf of Joint Debtor Melissa  Torres bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Debtor Eric Louis Torres bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                               TOTAL: 12