UNITED STATES BANKRUPTCY
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

William H. Oliver, Jr., Esq.
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ  07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

Order Filed on April 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ERIC LOUIS TORRES and MELISSA TORRES,

Debtors

Case No.:   18-23011

Chapter:   13

Hearing Date:   n/a

Judge:   Christine M. Gravelle

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: April 17, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ _____800_____ for services rendered and expenses in the amount of $_____n/a_____ for a total of $_____800_____ . The allowance shall be payable:

☑    through the Chapter 13 plan as an administrative priority.

❏    outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_1,171\_\_\_\_ per month for \_\_\_49\_\_\_ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-23011-CMG
Eric Louis Torres                                               Chapter 13
Melissa Torres
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Apr 17, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2019.
db/jdb         +Eric Louis Torres,   Melissa Torres,   36 Orange Drive,   Marlboro, NJ 07746-1841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                                  Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series
               2005-R10 ajennings@rasflaw.com
              Harold N. Kaplan    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R10
               hkaplan@rasnj.com,    informationathnk@aol.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, as successor to JPMorgan Chase Bank N.A. as Indenture Trustee, on behalf of the holders of
               the Terwin Mortgage Trust 2006-HF1, Asset-backed Secu kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R10
               bkyefile@rasflaw.com
              Melissa N. Licker    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, as successor to JPMorgan Chase Bank N.A. as Indenture Trustee, on behalf of the holders of
               the Terwin Mortgage Trust 2006-HF1, Asset-backed Secu NJ_ECF_Notices@McCalla.com
              Melissa N. Licker    on behalf of Creditor    The Bank of New York, as Indenture Trustee, on behalf
               of the holders of the Terwin Mortgage Trust 2006-HF-l, Asset-backed Securities, Series 2006-HF-l
               NJ_ECF_Notices@McCalla.com
              Sindi  Mncina    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R10
               smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Vanessa  Pena    on behalf of Creditor    Orchards at Marlboro Condominium Association, Inc.
               vpena@lawgapc.com,    attorneys@lawgapc.com
              William H. Oliver, Jr.    on behalf of Joint Debtor Melissa  Torres bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Debtor Eric Louis Torres bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 13