# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                    Case No.: 18−23011−CMG
                                    Chapter: 13
                                    Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Eric Louis Torres                                  Melissa Torres
    aka Melissa Michalski                        aka Melissa Michalski
    36 Orange Drive                                 36 Orange Drive
    Marlboro, NJ 07746                            Marlboro, NJ 07746

Social Security No.:
    xxx−xx−4518                                      xxx−xx−5693

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on July 8, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 9, 2019
JAN: dmi

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-23011-CMG
Eric Louis Torres                                                       Chapter 13
Melissa Torres
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                 Page 1 of 3              Date Rcvd: Jul 09, 2019
                              Form ID: 148                Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2019.
```
db/jdb         +Eric Louis Torres,    Melissa Torres,    36 Orange Drive,    Marlboro, NJ 07746-1841
cr             +Orchards at Marlboro Condominium Association, Inc.,    c/o Griffin Alexander, P.C.,
                 415 Route 10, 2nd Floor,    Randolph, NJ 07869-2100
517617144      +After Hours Urgent Care,    PO Box 826325,    Philadelphia, PA 19182-6325
517617145      +Allstate NJ Property & Casualty,    PO Box 4303,    Carol Stream, IL 60197-4303
517617146     #+Buckley Madole, P.C.,   99 Wood Avenue,    Suite 803,    Iselin, NJ 08830-2713
517617147      +Buckley Madole, P.C.,    PO Box 9013,    Addison, TX 75001-9013
517617150      +Centra State Medical Center,    901 West Main Street,    Freehold, NJ 07728-2549
517617151      +Club Metro,   c/o ABC Financial Services,    PO Box 6800,    North Little Rock, AR 72124-6800
517707499      +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department PO Box 24605,    West Palm Beach, FL 33416-4605
517617158      +Elbaum, Krost & Elbaum, DDS PA,    501 Iron Bridge Road,    Suite 14,    Freehold, NJ 07728-5305
517617159       Express Scripts,   PO Box 790227,    Saint Louis, MO 63179-0227
517617160       Ezpass Violations,   PO Box 15186,    Albany, NY 12212-5186
517617161      +Geico Indemnity Ins.,    PO Box 55126,    Boston, MA 02205-5126
517617162      +Griffin Alexander, PC,    415 Route 10, 2nd Flr.,    Randolph, NJ 07869-2100
517617164      +HESAA,   PO Box 528,    Newark, NJ 07101-0528
517617163      +Hackensack Meridain Health,    PO Box 650292,    Dallas, TX 75265-0292
517644526      +Nelnet on behalf of NJHESAA,    New Jersey Higher Ed Student Asst Auth,    4 Quakerbridge Plaza,
                 PO Box 548,    Trenton NJ 08625-0548
517617168      +Neuropsychology and Counseling Asso.,    1683 Route 88, Suite A,    Brick, NJ 08724-3065
517617169      +Neurosurgical Associates, PC,    710 West 168th St., Suite 425,    New York, NY 10032-3726
517617170      +New Jersey Turnpike Authority,    NJ E-Z Pass Violations Processing Center,    PO Bo 52005,
                 Newark, NJ 07101-8205
517617171      +New York Presbyterian Hospital,    PO Box 6154,    New York, NY 10249-6154
517617173      +Northland Group,    P.O. Box 390846,    Mail Code GLX290,    Minneapolis, MN 55439-0846
517617174       Ocwen Loan Servicing,    P.O. Box 660264,    Dallas, TX 75266-0264
517617175      +Orchards at Marlboro CA,    P.O. Box 371,    Eatontown, NJ 07724-0371
517654036      +Orchards at Marlboro Condominium Association, Inc.,    c/o Griffin Alexander, P.C.,
                 415 Route 10, 2nd Floor,    Randolph, New Jersey 07869-2100
517617177      +Princeton Foot & Ankle Assoc.,    PO Box 670,    Cape May Court House, NJ 08210-0670
517617179      +RAS Cintron,    130 Clinton Road,    Suite 202,    Fairfield, NJ 07004-2927
517617178      +Raritan Bay Medical Center,    PO Box 48071,    Newark, NJ 07101-4871
517762232     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517617183      +Specialized Loan Servicing,    8742 Lucent Blvd.,    Suite 300,    Highlands Ranch, CO 80129-2386
517617186      +State of New Jersey,    Motor Vehicle Surcharge Violation System,    PO Box 1502,
                 Moorestown, NJ 08057-9704
517617184       State of New Jersey,    Motor Vehicle Violations Surcharge Syste,    P. O. Box 4850,
                 Trenton, NJ 08650-4850
517640634      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517617187      +Westgate Resorts,    2801 Old Winter Garden Road,    Ocoee, FL 34761-2965
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2019 23:55:37     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2019 23:55:34     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: bankruptcynotice@franklincredit.com Jul 09 2019 23:55:01
                 Deutsche Bank National Trust Company, as Trustee f,    RAS CITRON, LLC,
                 130 CLINTON ROAD, SUITE 202,    Fairfield, NJ 07004-2927
517617148      +EDI: CAPONEAUTO.COM Jul 10 2019 03:13:00     Capital One Auto Finance,    Attn: Bankruptcy,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
517617149      +EDI: CAPONEAUTO.COM Jul 10 2019 03:13:00     Capital One Auto Finance,    3901 Dallas Pkwy,
                 Plano, TX 75093-7864
517648664      +EDI: AISACG.COM Jul 10 2019 03:13:00     Capital One Auto Finance, a division of Capital On,
                 P.O. Box 4360,    Houston, TX 77210-4360
517631106      +EDI: AISACG.COM Jul 10 2019 03:13:00     Capital One Auto Finance, a division of Capital On,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517617152      +EDI: WFNNB.COM Jul 10 2019 03:13:00     Comenity - Bon Ton,    PO Box 659813,
                 San Antonio, TX 78265-9113
517617153      +EDI: WFNNB.COM Jul 10 2019 03:13:00     Comenity - Lane Bryant Retail,    P.O. Box 659728,
                 San Antonio, TX 78265-9728
517617154      +EDI: WFNNB.COM Jul 10 2019 03:13:00     Comenity - Victoria's Secret,    P.O. Box 659728,
                 San Antonio, TX 78265-9728
517617155       EDI: WFNNB.COM Jul 10 2019 03:13:00     Comenity Bank - Abercrombie,    PO Box 182185,
                 Columbus, OH 43218
517617156      +EDI: WFNNB.COM Jul 10 2019 03:13:00     Comenity Bank / Lane Bryant,    Bankruptcy Department,
                 P.O. Box 182125,    Columbus, OH 43218-2125
```

```
District/off: 0312-3          User: admin              Page 2 of 3                  Date Rcvd: Jul 09, 2019
                              Form ID: 148             Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
517617157        +EDI: WFNNB.COM Jul 10 2019 03:13:00      Comenity Bank/vctrssec,    PO Box 182125,
                  Columbus, OH 43218-2125
517652936        +E-mail/Text: bankruptcynotice@franklincredit.com Jul 09 2019 23:55:01
                  DEUTSCHE BANK NATIONAL TRUST COMPANY,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                  Fairfield, NJ 07004-2927
517617165         EDI: IRS.COM Jul 10 2019 03:13:00       Internal Service Revenue,    PO Box 7346,
                  Philadelphia, PA 19101-7346
517617166        +E-mail/Text: Meridianbankruptcy@hackensackmeridian.org Jul 09 2019 23:56:11      Meridian Health,
                  c/o Jersey Shore University Medical Cent,    PO Box 399,    Neptune, NJ 07754-0399
517617167        +E-mail/Text: electronicbkydocs@nelnet.net Jul 09 2019 23:55:39       Nelnet, Inc.,    PO Box 2970,
                  Omaha, NE 68103-2970
517617172        +E-mail/Text: bnc@nordstrom.com Jul 09 2019 23:54:48       Nordstrom FSB,    P.O. Box 13589,
                  Scottsdale, AZ 85267-3589
517726678         EDI: Q3G.COM Jul 10 2019 03:13:00       Quantum3 Group LLC as agent for,    Comenity Bank,
                  PO Box 788,    Kirkland, WA 98083-0788
517626767         EDI: Q3G.COM Jul 10 2019 03:13:00       Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                  PO Box 788,    Kirkland, WA 98083-0788
517617180        +EDI: NAVIENTFKASMSERV.COM Jul 10 2019 03:13:00       Sallie Mae,    11100 Usa Pkwy,
                  Fishers, IN 46037-9203
517617182        +E-mail/Text: clientservices@simonsagency.com Jul 09 2019 23:56:15       Simons Agency, Inc.,
                  4963 Wintersweet Dr,    Liverpool, NY 13088-2176
517617181        +E-mail/Text: clientservices@simonsagency.com Jul 09 2019 23:56:15       Simons Agency, Inc.,
                  Attn: Bankruptcy,    4963 Wintersweet Dr.,    Liverpool, NY 13088-2176
                                                                                               TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517617185*       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                  (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                  P.O. Box 245,    Trenton, NJ 08695-0245)
517617176       ##+Preston Deutsch, DC,    705 Tennent Road,    Englishtown, NJ 07726-3127
                                                                                     TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2019 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series
               2005-R10 ajennings@rasflaw.com
              Harold N. Kaplan    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R10
               hkaplan@rasnj.com,   informationathnk@aol.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
```

```
District/off: 0312-3          User: admin                 Page 3 of 3              Date Rcvd: Jul 09, 2019
                              Form ID: 148                Total Noticed: 57
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, as successor to JPMorgan Chase Bank N.A. as Indenture Trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-HF1, Asset-backed Secu kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

          Kevin M. Buttery    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R10 bkyefile@rasflaw.com

          Melissa N. Licker    on behalf of Creditor    The Bank of New York, as Indenture Trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-HF-l, Asset-backed Securities, Series 2006-HF-l NJ_ECF_Notices@mccalla.com

          Melissa N. Licker    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, as successor to JPMorgan Chase Bank N.A. as Indenture Trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-HF1, Asset-backed Secu NJ_ECF_Notices@mccalla.com

          Sindi  Mncina    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R10 smncina@rascrane.com

          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

          Vanessa  Pena    on behalf of Creditor    Orchards at Marlboro Condominium Association, Inc. vpena@lawgapc.com, attorneys@lawgapc.com

          William H. Oliver, Jr.    on behalf of Joint Debtor Melissa  Torres bkwoliver@aol.com, R59915@notify.bestcase.com

          William H. Oliver, Jr.    on behalf of Debtor Eric Louis Torres bkwoliver@aol.com, R59915@notify.bestcase.com

                                                                                                                                TOTAL: 13