UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
CN 4853
Trenton, NJ  08650
(609) 587-6888
Standing Chapter 13 Trustee

**Order Filed on July 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Eric Louis Torres
Melissa Torres

Debtor(s)

Case No.: 18-23011 / CMG

Judge: Christine M. Gravelle

Chapter: 13

## ORDER REGARDING CHAPTER 13 STANDING
## TRUSTEE'S MOTION TO DISMISS OR
## CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: July 8, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having come before the Court on the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that the case is dismissed.

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

**IT IS FURTHER ORDERED** that any funds held by the Chapter 13 Trustee from payments made on account of the debtor(s) plan shall be disbursed to creditors.

**IT IS FURTHER ORDERED** that any *Order to Employer to Pay to the Chapter 13 Trustee* (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:  
Eric Louis Torres  
Melissa Torres  
     Debtors

Case No. 18-23011-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin                Page 1 of 1                  Date Rcvd: Jul 09, 2019
                        Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2019.
db/jdb       +Eric Louis Torres,   Melissa Torres,   36 Orange Drive,   Marlboro, NJ 07746-1841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series
               2005-R10 ajennings@rasflaw.com
              Harold N. Kaplan    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R10
               hkaplan@rasnj.com,   informationathnk@aol.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, as successor to JPMorgan Chase Bank N.A. as Indenture Trustee, on behalf of the holders of
               the Terwin Mortgage Trust 2006-HF1, Asset-backed Secu kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R10
               bkyefile@rasflaw.com
              Melissa N. Licker    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, as successor to JPMorgan Chase Bank N.A. as Indenture Trustee, on behalf of the holders of
               the Terwin Mortgage Trust 2006-HF1, Asset-backed Secu NJ_ECF_Notices@mccalla.com
              Melissa N. Licker    on behalf of Creditor    The Bank of New York, as Indenture Trustee, on behalf
               of the holders of the Terwin Mortgage Trust 2006-HF-l, Asset-backed Securities, Series 2006-HF-l
               NJ_ECF_Notices@mccalla.com
              Sindi  Mncina    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R10
               smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Vanessa   Pena    on behalf of Creditor    Orchards at Marlboro Condominium Association, Inc.
               vpena@lawgapc.com,   attorneys@lawgapc.com
              William H. Oliver, Jr.    on behalf of Joint Debtor Melissa  Torres bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Debtor Eric Louis Torres bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                                    TOTAL: 13